**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 18, 2013 | Probation: | Justine Kozak |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Rose Yan |
| E.C.R./Reporter: | Gwen Daniel | | |

Criminal Case No:   **11-cr-00519-WYD**          Counsel:

UNITED STATES OF AMERICA,                        Matthew T. Kirsch

      Plaintiff,

v.

**1.  PHILIP CHAOHUI HE, a/k/a Philip          Robert W. Pepin
Hope, a/k/a Philip Chaohui**,

      Defendant.

**SENTENCING**

**10:09 a.m.**     Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - September 3, 2013, at 2:00 p.m.
> Plea of Guilty - Count One of Indictment.**

    APPEARANCES OF COUNSEL.

    Interpreter sworn (Mandarin).

    Court's opening remarks.

10:11 a.m.     Statement on behalf of Defendant (Mr. Pepin).

10:13 a.m.     Statement on behalf of Government (Mr. Kirsch).

10:14 a.m.     Statement on behalf of Probation (Ms. Kozak).

| | |
|---|---|
| 10:17 a.m. | Statement on behalf of Defendant (Mr. Pepin). |
| 10:21 a.m. | Statement on behalf of Probation (Ms. Kozak). |
| 10:33 a.m. | Statement and argument on behalf of Defendant (Mr. Pepin). |
| 10:54 a.m. | Statement and argument on behalf of Government (Mr. Kirsch). |
| 10:59 a.m. | Statement on behalf of Probation (Ms. Kozak). |
| 10:59 a.m. | Statement by Defendant on his own behalf (Mr. He). |

Court makes findings.

**ORDERED:** Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) [ECF Doc. No. 51], filed December 13, 2013, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant's Motion for Non-Guideline Sentence [ECF Doc. No. 46], filed December 6, 2013, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **36** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.
(X)   The Court waives the mandatory drug testing provision of 18 U.S.C. § 3583(d), because the presentence report indicates a low risk of future substance abuse by the defendant.

|  |  |
|---|---|
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

**ORDERED:**  **Special Condition(s)** of **Supervised Release** are:

|  |  |
|---|---|
| (X) | If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return. |

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**  Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**  Government's Motion to Dismiss with Prejudice Counts 2-3 of the Indictment [ECF Doc. No. 52], filed December 13, 2013, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:18 a.m.**  Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  1:09**